1
2
3
4                    UNITED STATES DISTRICT COURT
5            FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                          OAKLAND DIVISION
7
8   PUBLIC STORAGE, a Maryland REIT          Case No:  C 12-5263  SBA
    qualified to do business in California,
9                                            **ORDER**
                Plaintiff,
10                                           Docket 21
            vs.
11
    DOROTHY SOBAYO; NATHANIEL
12  SOBAYO; KINGSWAY CAPITAL-
    NATHANIEL BASOLA SOBAYO,
13
                Defendants.
14
15
16          On January 15, 2013, the Court issued an order remanding this case to the San

17  Mateo County Superior Court pursuant to 28 U.S.C. § 1447(c) due to a lack of subject

18  matter jurisdiction. Dkt. 17.  The remand order was mailed to the San Mateo County

19  Superior Court on the same day, and this case was closed. Dkt. 17, 18.  On January 29,

20  2013, Defendants filed a motion "for order to set aside and stay proceedings to enforce

21  fraudulently obtained order to remand notice of removal and counter complaint." Dkt. 21.

22  In their motion, Defendants request the Court reconsider the remand order.  Id.

23          When there is an absence of subject matter jurisdiction in a removed case, a district

24  court must remand the case back to state court from which it was removed.  See 28 U.S.C.

25  § 1447(c).  "A remand order returns the case to the state courts and the federal court has no

26  power to retrieve it."  Seedman v. U.S. Dist. Court for Cent. Dist. of California, 837 F.2d

27  413, 414 (9th Cir. 1988).  A district court has no power to correct or vacate a remand order

28

based on § 1447(c).  Id.  "Once a district court certifies a remand order to state court it is divested of jurisdiction and can take no further action on the case."  Id.

Accordingly,

IT IS HEREBY ORDERED THAT:

1.      Defendants' motion is DENIED.

2.      This Order terminates Docket 21.

3.      This case remains closed.

IT IS SO ORDERED.

Dated: 2/12/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge